ORIGINAL

FILED
01/14/2025
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 24-0710

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0710

_____

DAVID ALLEN WARD,

Plaintiff and Appellant,

v.

SHANELLE J. VAN DYKE,

Defendant and Appellee.

_____

PHYLLIS WARD,

Intervenor Plaintiffs,

v.

DAVID ALLEN WARD and
SHANTELLE J. VAN DYKE,

Intervenor Defendants.

_____



FILED

JAN 1 4 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is grant an extension to and including February 9, 2025, to prepare, file, and serve Appellant's opening brief on appeal.

DATED this 14 day of January, 2025.

For the Court,

_____
Chief Justice